IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF South Dakota
Western District

Jim Navarro
P.O Box 9561 Pueblo Colorado 81008
Plaintiff

vs.

① United States of America
② First National Bank
   300 North Main St - Rocky Ford Colo 81067
③ First National Bank
   535 Bent Ave - Las Animas Colo 81054,
④ United States office of Personnel Managemt.
   Retirement Inspections
   Washington DC 20415-0001,
⑤ Defense Finance & Accounting Service
   U.S Military Annuity Pay - 8899 East
   56th street - Indianapolis, Indiana 46249-1300,
⑥ Office of Personal Management
   Retirement Operations
   P.O Box 45 Boyers Pennsylvania 16017-0045,
7. Social Security Administration - Thelton Mr Andrew Sael
   SSA Commissioner - 6401 Security Blvd
   Baltimore Maryland 91235,
8 First National - Mrs Cassie Neiander
   117 Main Street
   Fowler Colorado 81039

Defendant(s)

## A. JURISDICTION

1) This complaint alleges that the civil rights of Plaintiff, **Jim Navarro**,
   (Print Plaintiff's name)

   who presently resides at **P.O Box 9561 Pueblo Colo 81008**, were

   violated by the actions of the below named individuals which were directed against
   Plaintiff at **Rocky Ford First National Bank 300 N Main / Fowler First National Bank 117 Main st** on the following dates
   (institution/city where violation occurred)

   **1990 Americans with Disabilities Act**, **1964 Civil Rights**, and **14th Amendments to constitution / 8th Amendment to the constitution**
   (Count I)                    (Count II)                              (Count III)

1. <u>United States of America</u> is a citizen of _____
   who presently resides at the following address:

   _____

2. Defendant <u>Ms Diana Chavez</u> (Assit Manager) is a citizen of <u>Otero County - City of Rocky For</u>
   who live(s) at or is/are located at the following address: <u>300 North Main St</u> <u>Rocky Ford Colo 81067</u>
   Without her accusations - we would have any legal Problems

3. Defendant <u>Bryan Simmons</u> (Manager) is a citizen of <u>Bent County</u>
   who live(s) at or is/are located at the following address: <u>First National Bank</u> <u>535 Bent Avenue</u> <u>Las Animas Colo 81054</u>
   18 USC (371) Conspired with Diana Chavez to Find someone to Blame of Missing $2,000

4. Defendant <u>Manager ?</u> is a citizen of <u>United States office of Personal Management Retirement Inspections</u>
   who live(s) at or is/are located at the following address: <u>Washington DC 20415-0001</u>
   Wire Fraud - Taking money that didn't Belong to that office - Modern day Robb

5. Defendant <u>Manager ?</u> is a citizen of <u>Defense Finance & accounting Service US Military Annuity Pay 8899 East 56th Street Indianapolis Indiana 46249-1300</u>
   who live(s) at or is/are located at the following address:
   18 USC § (371)

6. Defendant <u>Manager ?</u> is a citizen of <u>Office of Personal Management Retirement Operations P.O. Box 45 Boyers, Pennsylvania 16017-0045</u>
   who live(s) at or is/are located at the following address:
   18 USC § (371)

7. Defendant <u>Mr Andrew Saul</u> is a citizen of <u>Washington DC</u>
   who live(s) at or is/are located at the following address: <u>500 East Street Washington DC 20254</u>
   But receives mail at
   SSA Commissioner
   6401 Security Blvd
   Baltimore Maryland
   21235

   I haven't received much help from this Honorable office - Now they can explain how Benefits From government offices work - Explain it to other Defendants

(Rev. 07/06)                                2

6.) Defendant __Ms Cassie Nelander__ resides at __Otero County - First National Bank / 117 Main Street - Fowler Colo 81039__
(full name of first defendant)                                    (address if first defendant)
and is employed as __Manager__. This defendant is sued in his/her
(defendant's position and title, if any)
___ individual  √ official capacity. (Check one or both). Explain how this defendant was acting under color of law: __Retaliation Against me - waited until the last possible day When Social Security check was coming in & sent it Back. Then told me that I've lost all my privileges with her Bank and that she sent check back - to unknown location__

7) Jurisdiction is invoked pursuant to 28 U.S.C. § 1343 (a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional statutes, list them below.

__18 USC § (371)   18 USC §§ (1341, 1343)__

- - - - - - - - - - - - - - - - - - - - - - - - - - - -

## B. NATURE OF THE CASE

1) Briefly state the background of your case.

__I hope every Citizen that Receives government checks at their Banks - Should be Aware that their Bank Can decide what to do with The Money that left behind By The Deceased Bank account Holder - Especially if the employee don't understand the rules of people receiving Benefits one month behind - Gave every Defendant a chance to Correct The problem - and what policy Change The Banks were going to do too correct. Further problems in The Future - Not one of The Defendants Took The Time to write to me - So I am Filing to Correct The problem For Citizens of The United States.__

- - - - - - - - - - - - - - - - - - - - - - - - - - - -

## C. CAUSE OF ACTION

3

## FIRST CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

1990 Americans with Disabilities Act - Means Everyone should be treated Fair when it comes to Government Funds or payments For disabilities etc etc. I ask The Biden Administration to put us under an umbrella of Protection Against Government offices and Banks that think they extra duties to see that Government offices receive Money they think The Veterans Families aent intitle to - Even if they don't understand that Social Security pays one Month Behind - All They hed to do is Call Washington D.C. 202-358-6000 and ask The Benefit Section - and they will explain How gov pays one Month Behind - My Mother lived to April 28 2023 that 28 days was hers. IF Mrs Diana Chavez lets her Bank be rob of over $2000°° by a Government office and than Blame me for taking My Mothers Money which I share with her - and they took my last 53°° on June 5th they said they close My account - I ask what happen to my 53°° Mrs Cassie Nelander of Flower First National Bank said she sent it Bank to Social Security Didn't tell me what office - 8th Amendment to The Constitution - Cruel & unusal Punishment

(Rev. 07/06)                          3

## SECOND CLAIM FOR RELIEF   1964 Civil Right Act
### AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

People are to be treated Fair on Just about every program The Government Regulates For the People of The United States of America Banks should of been The last of our worries During The Time of Stressful Set of Circumstances of My Losing My Mother. I accuse The Defendants of 18 USC (371) 18 USC §§ (1341-1343) of not making an effort to contact me on how The Government offices are going to do to Correct this Injustice - I waited over 4 months to receive a Reply - Now I will receive one with This Complaint Against Defendants

In Taxation a judicially imposed Doctrine applicable to both cash and actual basis tax payers which holds that an amount is includible in income upon actual or Constructive receipt if the taxpayer has an unrestricted claim in such amounts A payment received under a claim of Right is includible in income even though there is a possibility that all or part of it may have to be returned

## THIRD CLAIM FOR RELIEF
### AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

8th Amendment to The Constitution
14th Amendment to The Constitution

These Three Banks should of known; That government pays people who receive Government checks - By Direct Deposit - Receive their money one month Behind. All they had to do is Call Social Security Administration in Washington DC. 500 East Street - zip 20254 - ph 202-358-6000 and ask to Speak with Benefit Section of Their Office - And they would of told them I don't owe The Government any Back pay. I took it out every month on my Mother Instructions. They let themselves Be Rob By a government of office wire fraud

8th - A week after my mother pass away - they gave me legal troubles - And they waited to tell me I was thrown out of The Banks account 124260 on 5-30-2023 Just when My Social Security check was going to arrive at First National Bank - They sent it Back to Washington?

(Rev. 07/06)

outline).

a) Defendants: _____
b) Name of court and docket number: _____
c) Disposition (for example, was the case dismissed, appealed or is it still pending?): _____
d) Issues raised: _____
_____
_____
e) Approximate date it was filed: _____
f) Approximate date of disposition: _____

2) Have you filed an action in federal court that was dismissed because it was determined to be frivolous, malicious, or failed to state a claim upon which relief could be granted? ___ Yes ___ No. If your answer is "Yes", describe each lawsuit. (If you had more than three actions dismissed based on the above reasons, describe the others on an additional page following the below outline.)

Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:
a) Defendants: _____
b) Name of court and case number: _____
c) The case was dismissed because it was found to be (check one): ___ frivolous ___ malicious or ___ failed to state a claim upon which relief could be granted.
d) Issues raised: _____
_____
e) Approximate date it was filed: _____
f) Approximate date of disposition: _____

Lawsuit #2 dismissed as frivolous, malicious, or failed to state a claim:
a) Defendants: _____
b) Name of court and case number: _____

7

c) The case was dismissed because it was found to be (check one): ____ frivolous ____ malicious or ____ failed to state a claim upon which relief could be granted.

d) Issues raised: _____

e) Approximate date it was filed: _____

f) Approximate date of disposition: _____

Lawsuit #3 dismissed as frivolous, malicious, or failed to state a claim:

a) Defendants: _____

b) Name of court and case number: _____

c) The case was dismissed because it was found to be (check one): ____ frivolous ____ malicious or ____ failed to state a claim upon which relief could be granted.

d) Issues raised: _____

e) Approximate date it was filed: _____

f) Approximate date of disposition: _____

3) Have you attempted to resolve the dispute stated in this action by seeking relief from the proper administrative officials, e.g., have you exhausted available administrative grievance procedures? ____ Yes ____ No. If your answer is "No", did you not attempt administrative relief because the dispute involved the validity of a: (1) ____ disciplinary hearing; (2) ____ state or federal court decision; (3) ____ state or federal law or regulation; (4) ____ parole board decision; or (5) ____ other _____.

If your answer is "Yes", provide the following information. Grievance Number _____.

Date and institution where grievance was filed _____

Response to grievance: _____

## REQUEST FOR RELIEF

Plaintiff requests the following relief:

Date: _____

_____
(Plaintiff's Original Signature)

_____
(Street Address)

_____
(City, State, ZIP)

_____
(Telephone Number)

Case 5:23-cv-05082-RAL   Document 1   Filed 11/27/23   Page 10 of 11 PageID #: 10





CERTIFIED MAIL

7017 1000 0001 1038 1774

U.S. POSTAGE PAID
FCM LG ENV
PUEBLO, CO 81008
NOV 18, 2023
57501
$11.65
RDC 99
R2305E124766-9

Jim Navarro
P.O Box 9561
Pueblo, Cdo 81008

United States District Court
District of South Dakota
Office of The Clerk - rm 405
225 South Pierre street
Pierre, South Dakota 57501

11-24-23


