UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| JIM NAVARRO,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA; ROCKY FORD FIRST NATIONAL BANK; LAS ANIMAS FIRST NATIONAL BANK; DIANA CHAVEZ, Asst Manager, Otero County, City of Rocky Ford; BRYAN SIMMONS, Manager, Bent County First National Bank; MANAGER UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, Retirement Inspections; MANAGER DEFENSE FINANCE & ACCOUNTING SERVICE, U.S. Military Annuity Pay; MANAGER OFFICE OF PERSONAL MANAGEMENT, Retirement Operations; ANDREW SAUL, Social Security Administration, SSA Commissioner; and CASSIE NELANDER, Manager, Otero County First National Bank,<br><br>Defendants. | 5:23-CV-05082-CCT<br><br>JUDGMENT |

Based on the Order Granting Plaintiff's Motion for Leave to Proceed In Forma Pauperis, Denying Plaintiff's Motion to Appoint Counsel, and 1915 Screening for Dismissal, it is

ORDERED, ADJUDGED, AND DECREED that Navarro's complaint (Docket 1) is dismissed in part with prejudice and in part without prejudice.

Dated November 18, 2024.

BY THE COURT:

/s/ *Camela C. Theeler*
CAMELA C. THEELER
UNITED STATES DISTRICT JUDGE